# Third District Court of Appeal

## State of Florida

Opinion filed April 3, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1957
Lower Tribunal No. 20-5715
_____


**Mark L. Pomeranz,**
Appellant,

vs.

**Victor K. Rones, etc.,**
Appellee.


An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Maria de Jesus Santovenia, Judge.

Landsman Law Firm P.A., and Lisa C. Landsman (Hallandale), for appellant.

Victor K. Rones P.A., and Victor K. Rones, for appellee.


Before LOGUE, C.J., and LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed.